[No. 15661-6-I. Division One. September 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN EDWARD MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-02440-1, Frank J. Eberharter, J., entered January 19, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Ringold, JJ.

[No. 12951-1-I. Division One. September 16, 1985.]

KARI G. DAGGETT, *Appellant*, v. PARKE-DAVIS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-01035-1, Frank D. Howard, J., entered March 17, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.

[No. 12992-9-I. Division One. September 23, 1985.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Respondent*, v. FREDERIC S. TAYLOR, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 82-2-03999-3, Richard M. Ishikawa, J., entered March 1, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Grosse, JJ. Now published at 42 Wn. App. 518.